UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN GRIVEAS,

                Plaintiff,

-vs-

                                                              Civil Action No. 09-CV-0380-A

NORTHSTAR LOCATION SERVICES, LLC,

                Defendant.

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff John Griveas hereby voluntarily dismisses this action against Defendant Northstar Location Services, LLC, with prejudice.

Dated: June 1, 2009
       Tonawanda, New York

                                    BLAIR & ROACH, LLP

                                    By: s/ David L. Roach
                                          David L. Roach, Esq.
                                          J. Michael Lennon, Esq.
                                          Attorneys for Plaintiff
                                          2645 Sheridan Drive
                                          Tonawanda, New York 14150
                                          Telephone: (716) 834-9181
                                          E-Mail: dlroach@blair-roach.com
                                                        jmlennon@blair-roach.com